■ In the Matter of NEREIDA MENDEZ, Respondent, v RACHEL HANCE, Appellant, et al., Respondent. [767 NYS2d 570]—

Order, Family Court, New York County (George Jurow, J.), entered on or about August 12, 2002, which, after a trial, in this custody dispute, granted the petition to transfer custody of the subject children to petitioner father, unanimously affirmed, without costs.

Family Court's determination in a custody matter must be accorded great respect unless it lacks a sound and substantial basis in the record (*see Matter of Gago v Acevedo*, 214 AD2d 565 [1995], *lv denied* 86 NY2d 706 [1995]). Here, the record supports the determination of the court, which was uniquely well-situated to evaluate the credibility of the witnesses (*see Matter of Brittni K.*, 297 AD2d 236, 237-238 [2002]), that the best interests of the children would be served by an award of custody to the father (*see Walden v Walden*, 112 AD2d 1035 [1985]). The father met his burden to justify a change in custody, particularly in light of the evidence of the efforts of the mother and her family to estrange him from the children (*see Matter of Rebecca B.*, 204 AD2d 57, 59 [1994], *lv denied* 84 NY2d 808 [1994]).

We have considered respondent mother's remaining contentions and find them unavailing. Concur—Tom, J.P., Saxe, Sullivan, Lerner and Friedman, JJ.